Todd M. Friedman, Esq. (216752)
Darin Shaw, Esq. (251037)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr., #415
Beverly Hills, CA 90211
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@AttorneysForConsumers.com
dshaw@attorneysforconsumers.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDUARDO JONES,** | ) Case No. 3:11-cv-03506-JCS |
| Plaintiff, | ) |
|   vs. | ) **NOTICE OF VOLUNTARY** |
| | ) **DISMISSAL WITHOUT** |
| **DIVERSIFIED COLLECTION SERVICES, INC.** | ) **PREJUDICE** |
| Defendant. | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case without prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 19th day of September, 2011.

By:   s/Todd M. Friedman
Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Notice of Dismissal  - 1

Filed electronically on this 19th day of September, 2011, with:

United States District Court CM/ECF system

And hereby served upon all parties

Notification sent on this 19th day of September, 2011, via the ECF system to:

Honorable Joseph C. Spero
Judge of the United States District Court
Northern District of California

Copy sent via mail on this 19th day of September, 2011, to:

June Coleman
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
400 Capitol Mall, 27th Floor
Sacramento CA 95814

By: s/Todd M. Friedman
      Todd M. Friedman